ET AL. C. A. 3d Cir. [Certiorari granted, 466 U. S. 957.] Motion of Southeastern Fisheries Association, Inc., for leave to file a brief as *amicus curiae* granted.

No. 83–1170. UNITED STATES *v.* 50 ACRES OF LAND ET AL. C. A. 5th Cir. [Certiorari granted, 465 U. S. 1098.] Motion of Open Lands Projects et al. for leave to file a brief as *amici curiae* granted.

No. 83–1274. METROPOLITAN LIFE INSURANCE CO. ET AL. *v.* WARD ET AL. Sup. Ct. Ala. [Probable jurisdiction noted, 466 U. S. 935.] Motion of appellee Ward for leave to file out-of-time motion for divided argument denied.

No. 83–1427. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* WITT. C. A. 11th Cir. [Certiorari granted, 466 U. S. 957.] Motion of petitioner to strike portions of respondent's brief denied.

No. 83–1452. MARRESE ET AL. *v.* AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS. C. A. 7th Cir. [Certiorari granted, 467 U. S. 1258.] Motion of Illinois et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted. JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 83–1623. ANDERSON *v.* CITY OF BESSEMER CITY, NORTH CAROLINA. C. A. 4th Cir. [Certiorari granted, 467 U. S. 1250.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–1751. ROBINSON *v.* MISSISSIPPI. Sup. Ct. Miss.;

No. 83–1868. WHITE *v.* DOUGHERTY COUNTY BOARD OF EDUCATION ET AL. Appeal from D. C. M. D. Ga.;

No. 83–1896. MOBIL OIL CORP. *v.* BLANTON ET AL. C. A. 9th Cir.;

No. 83–1925. HILLSBOROUGH COUNTY, FLORIDA, ET AL. *v.* AUTOMATED MEDICAL LABORATORIES, INC. Appeal from C. A. 11th Cir.;

No. 83–1963. TOAN, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* CUNNINGHAM. C. A. 8th Cir.;

No. 83–1968.   EDMISTEN, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. *v.* GINGLES ET AL.   Appeal from D. C. E. D. N. C.;

No. 83–2052.   TEL-OREN, AS FATHER, ON BEHALF OF THE DECEASED, TEL-OREN, ET AL. *v.* LIBYAN ARAB REPUBLIC ET AL. C. A. D. C. Cir.;

No. 84–21.   SCOTT *v.* CITY OF HAMMOND, INDIANA, ET AL. C. A. 7th Cir.; and

No. 84–38.   ILLINOIS ET AL. *v.* CITY OF MILWAUKEE ET AL. C. A. 7th Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 83–6760.   SANDERS *v.* GRAND UNION CO. ET AL.   C. A. 11th Cir.   Motion of petitioner to consolidate this case with No. 83–1739, *Local Union No. 1020, United Brotherhood of Carpenters & Joiners of America, AFL–CIO* v. *McNaughton,* denied.

No. 83–2004.   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. *v.* ZENITH RADIO CORP. ET AL.   C. A. 3d Cir.   Motions of American Association of Exporters et al. and Government of Japan for leave to file briefs as *amici curiae* granted.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 83–5954.   LINDAHL *v.* OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   [Certiorari granted, 467 U. S. 1251.] Motion for appointment of counsel granted, and it is ordered that John Murcko, Esquire, of Oakland, Cal., be appointed to serve as counsel for petitioner in this case.

No. 83–6061.   GARCIA ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   [Certiorari granted, 466 U. S. 926.]   Motion of Robyn J. Hermann to permit Charles G. White, Esquire, to present oral argument *pro hac vice* on behalf of petitioners granted.

No. 83–6536.   CIRILLO *v.* REPUBLIC STEEL CORP., 467 U. S. 1213.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis,* or in the alternative, for an extension of time to comply with order of May 29, 1984, denied.

No. 83–6634.   DAWN ET AL. *v.* H. REX GREENE, M. D., INC., ET AL., 467 U. S. 1249.   Motion of appellants for reconsideration of order denying leave to proceed *in forma pauperis* denied.